UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEONARD HOPKINS,

        Petitioner,         Case No. 1:11-cv-218

v.         Honorable Paul L. Maloney

MICHIGAN PAROLE
BOARD COMMISSION,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: April 5, 2011         /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge