UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIAM LEONARD HOPKINS,

                Petitioner,               Case No. 1:11-cv-218

v.                                    Honorable Paul L. Maloney

MICHIGAN PAROLE
BOARD COMMISSION,

                Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be

**DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because

Defendant Michigan Parole Board is immune from suit and because the petition fails to raise a

meritorious federal claim.


Dated:  April 5, 2011              /s/   Paul L. Maloney_____
                                    Paul L. Maloney
                                    Chief United States District Judge